IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20584
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ARTEMIO HERNANDEZ, also known as Artemio Hernandez-Castene,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-384-1
--------------------
April 12, 2001

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Artemio Hernandez has moved
for leave to withdraw and has filed a brief as required by Anders
v. California, 386 U.S. 738 (1967).  Hernandez has received a
copy of counsel's motion and brief but has not filed a response.
Our independent review of the brief and the record discloses no
nonfrivolous issue in this direct appeal.  Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.
See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.